IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN EMORY WILSON,

     Appellant,

v.

Case No. 5D23-5
LT Case No. 16-2019-CF-008819-AXXX

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed June 12, 2023

Appeal from the Circuit Court
for Duval County,
Adrian G. Soud, Judge.

Jessica J. Yeary, Public Defender,
and Victor D. Holder, Assistant Public
Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and
Heather Flanagan Ross, Assistant
Attorney General, Tallahassee, for
Appellee.


PER CURIAM.


     AFFIRMED.


LAMBERT, C.J., WALLIS and PRATT, JJ., concur.